James G O'Neill (Bar No 49686)
LAW OFFICES OF JAMES G O'NEILL
3151 Airway Avenue, Ste. K-105
Costa Mesa, California 92626
Telephone: (714) 549-8609
Facsimile: (714) 549-8626

Steven L. Krongold, Esq. (Bar No. 125952)
THE KRONGOLD LAW FIRM
3151 Airway Avenue, Ste. A-3
Costa Mesa, California 92626
Telephone: (714) 546-1800
Facsimile: (714) 546-1803

Attorneys for Plaintiff Leslie A. Kelly,
an individual and dba Les Kelly Publications,
Les Kelly Enterprises, and Show Me The Gold

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE A. KELLY, an individual and doing business as Les Kelly Publications, Les Kelly Enterprises, and Show Me The Gold,<br><br>Plaintiff,<br><br>vs<br><br>ARRIBA SOFT CORPORATION, an Illinois Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | NO. SACV 99-560 GLT (ANx)<br><br>**PLAINTIFF'S APPLICATION TO FILE EXHIBITS UNDER SEAL; ORDER THEREON**<br><br>Hearing date. None<br>Time: None<br>Ctrm: 10D |

Pursuant to Local Rule 29 5.1, Plaintiff Leslie A Kelly respectfully requests permission from the Court to file, under seal, three documents to be used in support of Plaintiff's motion for partial summary judgment on the copyright infringment claim in the above-entitled action. The parties intend to file cross-motions for partial summary judgment on or before October 18, 1999.

1  The three documents are enclosed herewith in sealed envelopes as required by Rule 29.5.1 and consist of the following:

    1  Arriba Soft Corporation Business Plan, dated December 21, 1998;

    2  Arriba Soft Corporation 1998-99 Revenue Detail; and

    3  Search Services Agreement between Arriba Soft Corporation and Snap! LLC, dated May 8, 1999

The above-referenced documents were produced by defendant Arriba Soft (now known as "Ditto com") pursuant to a Stipulated Protective Order  Arriba Soft has no objections to filing said documents under seal for purposes of ruling on the partial summary judgment motions.

Dated  October **11**, 1999

    THE KRONGOLD LAW FIRM

    _____
    Steven L Krongold
    Attorney for Plaintiff
    Leslie A  Kelly

## ORDER

Based on the above application, and good cause appearing, IT IS HEREBY ORDERED that the above-referenced documents, copies of which are submitted herewith, shall be filed under seal pursuant to Local Rule 29 5.

DATED:  10-13-99

    _____
    U.S DISTRICT COURT JUDGE

2

# STATE OF CALIFORNIA PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

      I am employed in the County of Orange, State of California. My business address is 3151 Airway Avenue, Ste. A-3, Costa Mesa, California 92626-4620. I am over the age of 18 years and not a party to this action

      On October 12, 1999, I served the foregoing documents described as: **PLAINTIFF'S APPLICATION TO FILE EXHIBITS UNDER SEAL; ORDER THEREON** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Kelly W. Smith, Esq.
Perkins Coie LLP
135 Commonwealth Drive, Suite 250
Menlo Park, California 94025-1105

XX    BY MAIL

      I deposited such envelope in the mail at Costa Mesa, California  The envelope was mailed with postage thereon fully prepaid

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 12, 1999 at Costa Mesa, California

Steven L. Krongold