UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   SACV 99-560-GLT(ANx)                Date: November 15, 1999

Title:   LESLIE A KELLY -v- ARRIBA SOFT CORPORATION

================================================================================
PRESENT: **THE HONORABLE GARY L. TAYLOR, DISTRICT JUDGE**

Ellie Gammage                         Sally Marshall
Courtroom Clerk                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS·     ATTORNEYS PRESENT FOR DEFENDANTS:
Steven Krongold                       Judith Jennison
                                      Kelly Smith


PROCEEDINGS: Plaintiff's motion for partial summary judgment
             Defendant's motion for partial summary judgment as to 1st and 2nd
             claims for relief

     Case called.  Appearances made by counsel.  Tentative ruling granting
defendant's motion for partial judgment given to counsel.  Counsel argue
motions before the Court.  Motions are taken under submission



MINUTES FORM 11                              Initials of Deputy Clerk
CIVIL - GEN

JAN 10 2000
ENTERED ON ICMS