P Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   SA CV 99-560 GLT (ANx)                Date: January 23, 2004

Title:   Leslie A. Kelly v. Arriba Soft Corp.

---

PRESENT:

**HON. Gary L. Taylor JUDGE**

Lisa Bredahl                                      None Present
Deputy Clerk                                      Court Reporter

ATTORNEY(S) PRESENT FOR PLAINTIFF(S):   ATTORNEY(S) PRESENT FOR DEFENDANT(S):
None Present                             None Present

PROCEEDINGS:   **Order Striking Defendant's Answer and Entering Default**
[In Chambers]

    The Court granted defense counsel's request to withdrawal on November 17, 2003. Arriba Soft was ordered to retain new counsel within 60 days and notified that failure to do so would result in an order striking its pleadings and/or entry of its default.
    Because Defendant has not retained new counsel, the Court hereby strikes Defendant's answer and enters its default. Plaintiff is entitled to apply for a default judgment.

INITIALS OF DEPUTY CLERK 

S:\GLT\LC2\CIVIL\1999\mo_strikeanswer.wpd



DOCKETED ON CM
JAN 26 2004
BY _____ 040

(69)