1  STEVEN L. KRONGOLD (SB# 125952)
   BIENERT & KRONGOLD
2  107 Avenida Miramar, Suite B
   San Clemente, California 92672
3  Telephone (949) 369-3700
   Facsimile (949) 496-6753
4
5  Attorneys for Plaintiff
   LESLIE A. KELLY

Priority  X
Send      X
Enter     X
Closed
JS-5/JS-6 X
JS-2/JS-3
Scan Only



FILED
MAR 17 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE A. KELLY, an individual and d/b/a LES KELLY PUBLICATIONS, LES KELLY ENTERPRISES, and SHOW ME THE GOLD,<br><br>Plaintiff,<br><br>vs.<br><br>ARRIBA SOFT CORPORATION; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. SA CV 99-560-GLT (ANx)<br><br>[~~PROPOSED~~] DEFAULT JUDGMENT |



ENTERED
CLERK, U.S. DISTRICT COURT
MAR 18 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

73

Based on the Order striking the answer of defendant and the entry of defendant's default, and pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court hereby renders its judgment by default as follows:

Judgment shall be entered in favor of Plaintiff LESLIE A. KELLY, an individual and d/b/a LES KELLY PUBLICATIONS, LES KELLY ENTERPRISES, and SHOW ME THE GOLD and against Defendant ARRIBA SOFT CORPORATION, aka DITTO.COM in the sum of $345,000.00, plus reasonable attorney's fees in the sum of $6,068.20. Hearing 3/22/04 is ordered off calendar.

DATED: _____

_____
UNITED STATES DISTRICT COURT JUDGE
GARY L. TAYLOR

DEFAULT JUDGMENT
-2-