X Priority
X Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  SA CV 99-0560-GLT            Date: March 17, 2004

Title:    LESLIE KELLY v. ARRIBA SOFT CORPORATION
================================================================

PRESENT:

HON. Gary L. Taylor JUDGE

  Lisa Bredahl                    None Present
  Deputy Clerk                    Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:
  None Present                       None Present


PROCEEDINGS:  **ORDER GRANTING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT**
[In Chambers]

   On February 24, 2004, Plaintiff moved the Court to enter default judgment against Defendant. This motion is GRANTED. The hearing set for Monday, March 22, 2004 is ordered off-calendar.



DOCKETED ON CM
MAR 2 3 2004
BY _____ 024

S:\GLT\LC2\CIVIL\1999\99-0560.mo.default.judgment.wpd       Initials of Deputy Clerk

74